UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00514-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL RITCHIE STUBBS;
2. OSCAR RAMIRO CONTRERAS,

    Defendants.

## ORDER

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, November 5, 2010,** and responses to these motions shall be filed by **Friday, November 19, 2010.** It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Wednesday, December 8, 2010, at 9:00 a.m. in courtroom A-1002** It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, December 13, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated this 12th day of October, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE