UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00514-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL RITCHIE STUBBS;
2. OSCAR RAMIRO CONTRERAS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendants shall have until **Tuesday, October 26, 2010** to respond to Plaintiff's Motions for Order to Conduct Trial in Durango [ECF No. 21 and ECF No. 22], filed October 13, 2010.

    Dated: October 19, 2010