UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00514-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL RITCHIE STUBBS;
2. **OSCAR RAMIRO CONTRERAS**,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on **Tuesday, January 25, 2011.**  A Change of Plea hearing is set for **Thursday, February 17, 2011 at 1:30 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS** before the hearing date.  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    The hearing set for **Thursday, January 27, 2011** is **VACATED.**

    Dated:  January 25, 2011