UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00514-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL RITCHIE STUBBS;
2.  OSCAR RAMIRO CONTRERAS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On August 2, 2011, I entered an Order that Defendants Stubbs and Contreras shall pay $18,568.36 in restitution, jointly and severally, to the Victim's Compensation Fund.  (ECF No. 117.)  Accordingly, restitution is due immediately.  Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release.  The monthly installment payment will be calculated as at least 10 percent of the Defendant's gross monthly wages.

    Dated:  September 27, 2011