UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00514-WYD-2

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

2.  OSCAR RAMIRO CONTRERAS,

　　　Defendants.

---

## ORDER

---

This matter is before the Court on the Government's Unopposed Motion for

Hearing on Supervised Release Violation to be Held in Durango, Colorado [ECF No.

136], filed April 9, 2012.  In the motion, the Government explains that counsel for the

parties, the defendant, and the Court's probation officer are all located in Durango,

Colorado.  The Government further indicates that the Honorable James A. Parker will

be available to preside over a hearing in Durango, Colorado on May 4, 2012.  Upon

review of the file and after consulting with Judge Parker, it is

ORDERED that the Government's Unopposed Motion for Hearing on Supervised

Release Violation to be Held in Durango, Colorado [ECF No. 136], filed April 9, 2012 is

**GRANTED.**  Accordingly, the Supervised Release Hearing set for Friday, April 27, 2012

in Denver, Colorado is **VACATED.**  It is

FURTHER ORDERED that pursuant to D.C.COLO.LCrR 50.1A and with approval

-1-

of the Chief Judge, this matter is hereby **TRANSFERRED** to Judge James A. Parker

with the understanding that he has agreed to the transfer and will reset the date and

time of the hearing.

     Dated:  April 11, 2012

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge